Matter of Joshua J. (Tameka J.) (2023 NY Slip Op 05134)

Matter of Joshua J. (Tameka J.)

2023 NY Slip Op 05134

Decided on October 11, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 11, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LARA J. GENOVESI
HELEN VOUTSINAS
JANICE A. TAYLOR, JJ.

2022-02833
 (Docket Nos. N-10484-18, N-10485-18)

[*1]In the Matter of Joshua J. (Anonymous). Westchester County Department of Social Services, respondent;
and
Tameka J. (Anonymous), appellant. (Proceeding No. 1)
In the Matter of Christopher J. (Anonymous). Westchester County Department of Social Services, respondent;
and
Tameka J. (Anonymous), appellant. (Proceeding No. 2)

George E. Reed, Jr., White Plains, NY, for appellant.
John M. Nonna, County Attorney, White Plains, NY (David H. Chen of counsel), for respondent.
William E. Horwitz, Briarcliff Manor, NY, attorney for the child Joshua J.
Joan Iacono, Scarsdale, NY, attorney for the child Christopher J.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 10, the mother appeals from a permanency hearing order of the Family Court, Westchester County (Arlene Gordon-Oliver, J.), dated March 25, 2022. The order, after a hearing, inter alia, continued the subject children's placement until the completion of the next permanency hearing or pending further order of the court.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The mother's appeal from the permanency hearing order, which, among other things, continued the children's placement until completion of the next permanency hearing or pending further order of the court, must be dismissed as academic, as the permanency hearing order has expired (see Matter of Peter T. [Shay S.P.], 173 AD3d 1046, 1047; Matter of Victoria B. [Jonathan M.], 164 AD3d 578, 580; Matter of Jayline J. [Jarren J.], 156 AD3d 701, 701).
Contrary to the mother's contention, this case does not warrant the invocation of the exception to the mootness doctrine (see Matter of Hearst Corp. v Clyne, 50 NY2d 707, 714-715).
IANNACCI, J.P., GENOVESI, VOUTSINAS and TAYLOR, JJ., concur.

2022-02833 DECISION & ORDER ON MOTION
In the Matter of Joshua J. (Anonymous).
Westchester County Department of Social
Services, respondent;
Tameka J. (Anonymous), appellant.
(Proceeding No. 1)
In the Matter of Christopher J. (Anonymous).
Westchester County Department of Social
Services, respondent;
Tameka J. (Anonymous), appellant.
(Proceeding No. 2)
(Docket Nos. N-10484-18, N-10485-18)

Motion by the appellant, inter alia, to strike the respondent's brief on an appeal from an order of the Family Court, Westchester County, dated March 25, 2022, on the ground that it refers to matter dehors the record. By decision and order on motion of this Court dated March 13, 2023, that branch of the motion which was to strike the respondent's brief on the ground that it refers to matter dehors the record was held in abeyance and referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.
Upon the papers filed in support of the motion and the papers filed in opposition thereto, and upon the submission of the appeal, it is
ORDERED that the branch of the motion which is to strike the respondent's brief on the ground that it refers to matter dehors the record is denied.
IANNACCI, J.P., GENOVESI, VOUTSINAS and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court